# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

THERESA M. WOLFE, ADMINISTRATRIX
OF THE ESTATE OF KEVIN T. WOLFE,

           Petitioner

        v.

ROBERT ROSS,

           Respondent

        v.

STATE FARM FIRE AND CASUALTY
COMPANY,

           Respondent

: No. 221 WAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of November, 2015, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

(1)    Whether a clause in a homeowner's insurance policy, excluding coverage for liability for bodily injury "arising out of the ownership, maintenance [or] use . . . of a motor vehicle owned or operated by . . . any insured" is ambiguous where the homeowner's liability is based solely upon his negligence in supplying alcohol to an underage person, and no insured committed any tortious act related to any vehicle.

(2)    Whether the independent concurrent cause rule should be adopted as the law of Pennsylvania.